IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 01-CR-00230-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP GURULE,

    Defendant.

---

## FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
## FOR ORDER OF DETENTION

    This matter comes before the court on July 12, 2017, for preliminary hearing on the Petition to Revoke Supervised Release and Detention Hearing. The court has further taken judicial notice of the court's file and has considered applicable Federal Rules of Criminal Procedure. The court now being fully informed makes the following findings of fact, conclusions of law and order.

    As to the issue of probable cause, I find probable cause has been established that the defendant has violated his supervised release (docket no. 41) as alleged in counts 1 through 7, inclusive, and no probable cause is found as to count 8. Count 9 was dismissed during this hearing on the oral motion of the government.

    Under Federal Rule of Criminal Procedure 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." Here, the defendant has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings. The defendant is not contesting detention.

Under the circumstances, I find that no condition or combination of conditions of release will reasonably assure the appearance of the defendant. Accordingly, I order the defendant detained without bond.

Done this 12th day of July 2017.

BY THE COURT

S/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge